# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YRIGOLLEN,<br><br>    Petitioner,<br><br>  v.<br><br>B.M. TRATE, WARDEN, USP ATWATER, UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:23-cv-00981-JLT-SAB<br><br>ORDER RELATING AND REASSIGNING CASES |
| SALVADOR CASTRO,<br><br>    Petitioner,<br><br>  v.<br><br>B.M. TRATE, WARDEN, USP ATWATER, UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:23-cv-00982-ADA-SAB<br>New Case No.: 1:23-cv-00982-JLT-SAB |
| BRYAN ROBLEDO,<br><br>    Petitioner,<br><br>  v.<br><br>B.M. TRATE, WARDEN, USP ATWATER, UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:23-cv-00995-ADA-SAB<br>New Case No.: 1:23-cv-00995-JLT-SAB |

| | |
|---|---|
| EDGARDO RODRIGUEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>B.M. TRATE, WARDEN, USP ATWATER, UNITED STATES OF AMERICA,<br><br>                    Defendants. | Case No. 1:23-cv-01008-JLT-SKO<br>New Case No.: 1:23-cv-01008-JLT-SAB |

      The court finds that the above-captioned actions are related under this court's Local Rule 123. The actions involve overlapping parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

      Based on good cause, this court **ORDERS** that the above-captioned action be reassigned, as necessary to U.S. Magistrate Judge Stanley A. Boone and U.S. District Judge Jennifer L. Thurston. Going forward, all documents shall bear the new case numbers set forth above.[1]

IT IS SO ORDERED.

Dated:  **September 22, 2023**

                                                        UNITED STATES DISTRICT JUDGE

---

[1] The case number for the *Yrigollen* matter remains the same.

2